UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL BOWES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN ASHCROFT, in his official capacity )<br>as Attorney General of the United States, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 00-CV-12557 (NG) |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION
### TO MAGISTRATE'S REPORT

Defendants hereby file this response to Plaintiffs' Objection to the Magistrate's Report and Recommendation on Defendants' Motion to Dismiss. For the reasons set forth in Defendants' Motion to Dismiss and the Memorandum of Reasons in support thereof, the Magistrate's Report and Recommendation should be accepted by the Court, Defendants' Motion to Dismiss should be GRANTED and the Complaint should be DISMISSED.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

NANCY RUE
Assistant United States Attorney

_____
SHEILA LIEBER
ORI LEV

DOCKETED

21

                                        Attorneys
                                        United States Department of Justice
                                        Civil Division
                                        P.O. Box 883
                                        Ben Franklin Station
                                        Washington, DC  20044
                                        Tel: (202) 514-2395
                                        Fax: (202) 616-8202

                                        Attorneys for Defendants

Dated: October 3, 2001.

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2001, I caused a copy of the foregoing to be served via U.S. Mail, postage-prepaid, on:

David C. Grossack
P.O. Box 90
Hull, MA  02045

_____
Ori Lev