

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Paul Bowes, Plaintiff, | ) | |
| v. | ) | Civ. Action No. 00-12557-NG |
| John Ashcroft, et al Defendants. | ) | |

GERTNER, D.J.:

**JUDGMENT**
October 22, 2001

The court having ADOPTED MAGISTRATE JUDGE DEIN'S REPORT AND RECOMMENDATION allowing the defendants' Motion to Dismiss (dkt #9) final judgment is hereby entered in favor of DEFENDANT.

SO ORDERED.

Dated: October 22, 2001

Maryellen Molloy
MARYELLEN MOLLOY,
DEPUTY CLERK